KAREN P. HEWITT
United States Attorney
SHIREEN M. BECKER
Assistant United States Attorney
California State Bar No. 237930
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 557-5610

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Magistrate Case No. 08MJ2066-WMC |
|---|---|
| Plaintiff, | Date: n/a |
| | Time: n/a |
| v. | |
| MIGUEL RUMBO-BUSTOS, | **UNITED STATES' MOTION TO REMOVE PREVIOUSLY FILED BRIEF FROM DOCKET** |
| Defendant. | |

COMES NOW the UNITED STATES OF AMERICA, by and through its counsel, Karen P. Hewitt, United States Attorney, and Shireen M. Becker, Assistant United States Attorney, and hereby files its Motion to Remove Previously Filed Brief from Docket.

I

**FACTUAL BACKGROUND**

On July 9, 2008, this Court ordered briefing on the issue of whether Condition 7 on Form Crim. – 49b is an appropriate condition of pretrial release for Defendant Miguel Rumbo-Bustos. Per the Court's order, the briefing was to be submitted by both Defendant and the United States on July 14, 2008. On July 14, 2008, the United States e-filed its brief and delivered a courtesy copy to chambers. After the United States had filed its brief, Defendant moved the Court for an extension of time in which to file his brief.

The Court granted Defendant's oral motion for an extension, and ordered Defendant to submit his brief regarding Condition 7 on or before July 22, 2008. The Court also ordered the United States to submit a responsive brief on or before July 29, 2008. Based on the Court's order for

additional briefing, the United States now moves the Court to remove the previously filed brief from the docket. Defendant does not oppose this motion.

## II

## CONCLUSION

Because the Court has ordered additional briefing on the issue of Pretrial Release Condition 7, this Court should grant the unopposed motion by the United States to remove the previously field brief on Condition 7 from the docket.

DATED:   July 16, 2008.

Respectfully submitted,

KAREN P. HEWITT
United States Attorney

/s/ *Shireen M. Becker*

SHIREEN M. BECKER
Assistant United States Attorney