```
 1  ROBERT H. HENSSLER, JR.
    California Bar No. 216165
 2  FEDERAL DEFENDERS OF SAN DIEGO, INC.
    225 Broadway, Suite 900
 3  San Diego, California 92101-5008
    Telephone: (619) 234-8467
 4  Facsimile: (619) 687-2666
    Robert_Henssler@fd.org
 5
 6  Attorneys for Defendant
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 08MJ2066 |
|     Plaintiff, ) | |
| v. ) | **NOTICE OF APPEARANCE** |
| MIGUEL RUMBO-BUSTOS, ) | |
|     Defendant. ) | |
| _____ ) | |

Pursuant to implementation of the CM/ECF procedures in the Southern District of California, Robert R Henssler, Jr. and Federal Defenders of San Diego, Inc. files this Notice of Appearance as lead counsel in the above-captioned case.

Respectfully submitted,

Dated: July 17, 2008      /s/ *Robert R. Henssler, Jr.*
    **ROBERT R. HENSSLER, JR.**
    Federal Defenders of San Diego, Inc.
    Robert_Henssler@fd.org

## CERTIFICATE OF SERVICE

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served this day upon:

U S Attorneys Office Southern District of California
880 Front Street
Room 6293
San Diego, CA 92101
(619)557-5610
Fax: (619)557-5917
Email: Efile.dkt.gc2@usdoj.gov

DATED: July 17, 2008            */s/ Robert R. Henssler, Jr.*
                                **ROBERT R. HENSSLER, JR.**
                                Federal Defenders of San Diego, Inc.
                                Robert_Henssler@fd.org