AO 455(Rev. 5/85) Waiver of Indictment

FILED

AUG - 5 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY KB                    DEPUTY

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | **WAIVER OF INDICTMENT** |
| v. | |
| MIGUEL RUMBO-BUSTOS | CASE NUMBER: 08cr2515-BTM |

I, MIGUEL RUMBO-BUSTOS, the above named defendant, who is accused of committing the following offense:

Title 18, U.S.C., Sec. 1001 - False Statement to a Federal Officer (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 8/5/08 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

*[Signature]*
Defendant

*[Signature]*
Counsel for Defendant

Before *[Signature]*
JUDICIAL OFFICER